# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

SEAN K. SORRELLS,            )
                             )
    Petitioner,              )
                             )
v.                           )        CV418-235
                             )
BENJAMIN FORD,               )
                             )
    Respondent.              )

## REPORT AND RECOMMENDATION

Sean K. Sorrells, having pleaded guilty to aggravated assault, obstruction, criminal trespass, and driving with a suspended license, was sentenced to twenty years with five to serve. *See Georgia v. Sorrells*, SPCR18-00131 (Chatham Cty. Super. Ct.). Respondent has answered the Court's January 11, 2019, order, asking that the case be dismissed for lack of exhaustion. Doc. 12 (noting that Sorrells has neither filed a direct appeal nor a request for state habeas relief). Petitioner has not opposed respondent's motion.

Before seeking § 2254 relief here, petitioners must "fairly present" their claims to state courts to give them a "full and fair opportunity to resolve federal constitutional claims." *O'Sullivan v. Boerckel*, 526 U.S.

838, 845 (1999); 28 U.S.C. § 2254(b)(1)(A) (habeas petitioners must "exhaust[ ] the remedies available in the courts of the State" before seeking federal relief); *see also Reedman v. Thomas*, 305 F. App'x 544, 546 (11th Cir. 2008) ("Generally, when a petitioner has failed to exhaust state remedies, the district court should dismiss the petition without prejudice to allow exhaustion.").

Sorrells has yet to do that. He must fully exhaust his "right under the law of the State to raise, by *any* available procedure, the question presented." 28 U.S.C. § 2254(c) (emphasis added). That includes filing a state habeas corpus petition, which he has yet to do. This Court cannot step in and excuse Sorrell's failure to exhaust, whether he is impatient or unclear about the process. It lacks any jurisdiction to do so.

Respondent's motion to dismiss for failure to exhaust thus should be **GRANTED**. This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any

request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this ___26th___ day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA