IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SEAN KELLOR SORRELS,

    Plaintiff,

v.

OFFICER BENJAMIN FORD,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-235

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 26, 2019 Report and Recommendation, (doc. 14), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action **WITHOUT PREJUDICE** for lack of exhaustion and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 10th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA