# United States District Court
## *Southern District of Georgia*

SEAN KELLOR SORRELS,

Petitioner,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:18-cv-235

OFFICER BENJAMIN FORD,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated May 10, 2019, the Court ADOPTS the Report and

Recommendation as the opinion of the Court. The Court DISMISSES this action WITHOUT

PREJUDICE for lack of exhaustion.

This case stands CLOSED.

Approved by: _____

May 15, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*